Elizabeth J. Howard
2469 Fox Ave.
No. 2
Kingman, Arizona USA
(98071)

FILED ✓    LODGED ___
RECEIVED ___   COPY ___

FEB 2 7 2023

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ DEPUTY

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

CV-23-8034-PHX-SMB (JZB)

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. CR-21-08033-001-PCT-SMB |
| Plaintiff, | CR-21-08034-001-SMB–JZB |
| v. | |
| Todd Gehman Howard, | **CIVIL DISTRESS WARRANT** |
| Defendant/property | |
| By: Elizabeth J. Howard, Living | **NOTICE AND DEMAND** |
| Defendant/Property owner | **TO RETURN PROPERTY** |
| Movant. | "Todd Gehman Howard" |

To chief Judge and court clerk:

Comes now Elizabeth J. Howard, movant, and gives Notice and demand of return of her property " Todd Gehman Howard". The undesigned is nearly 90 years old and under distress caused by the loss of her property/chattel for almost two years through the failed United States District Court which relied on lying FBI agent's information. The family home was nearly lost to a cheat daughter in law in April 2023. I am unable to drive for basic necessities and losing my eyesight.

Todd Howard is my private caregiver and sole heir of my Estate. He has never been a threat to public safety being a man of peace, was never in the military, being a non combatant, neutral civilian like myself.

Should the Court delay in releasing and returning my property for my care and benefit, then please take Notice I am charging daily rent of my property in the amount of one thousand dollars a day from the date this Notice and demand is filed in the court clerk's office. The United States District Court at Arizona is liable to pay the rent for their lawless capture and imprisonment of my property to fund their illegal tontine wagering scheme using Todd Gehman Howards body as collateral to fund the court's securities found traded on various trading platforms.

United States military please take notice this shall be your sufficient Civil Distress Warrant.

Respectfully submitted this ___7___ day of February 2023 A.D.

_Elizabeth J. Howard_, distressed owner

Elizabeth J. Howard
2469 Fox Ave.
#2
Kingman, Arizona USA  86409

Feb. 21 2023 A.D.
Memorandum of Record

Warden J. Engleman
FCI TERMINAL ISLAND
FEDERAL CORRECTIONAL INSTITUTION
P.O. BOX 269
SAN PEDRO, CA  90733

RE: Rental agreement for my property   Civil Distress

Dear Warden J. Engleman,

    Please read the attached recorded public notice regarding a civil distress on property being held at your facility.

    Should you insist on keeping the distressed property, I have no other option but to charge you daily rent for the use of my property while in your care.

Rental Charge Notice

    One thousand dollars a day is your rental amount starting today at Feb. 21 2023. Payments are due monthly for the use of my property "Todd Gehman Howard".

Thank you for your cooperation,

_(signature)_ Elizabeth J. Howard, owner of Todd Gehman Howard.

Elizabeth J. Howard , attest and affirm my knowledge of the foregoing and understanding of the contents thereof and in accordance with the best of my knowledge, understanding, creed, and spiritual convictions, it is true, correct, complete, and certain, not misleading, the truth, the whole truth, and nothing but the truth. This I solemnly affirm before all humanity and The Source of All That Is, and accordingly do hereby and hereunto set my hand and seal as a voluntary Act and Deed for the purposes herein declared Reserving All Rights Without Prejudice.

Dated this 21 day of February ,2023      BY: *Elizabeth J. Howard*

Elizabeth J. Howard, a living Heir and Beneficiary
in accordance with 28 U.S.C. 1746 without the United States

State of Arizona )
County of Mohave)

Subscribed and sworn (or affirmed) before me this 21 day of February, 2023, by Tanya Ferguson (name of signer).
(Seal)

*Tanya M Ferguson*
Notary Public Signature

Notary
Title or Rank

Comm # 636791
Serial Number, if any
My Commission Expires: 7/22/26

TANYA M FERGUESON
Notary Public - Arizona
Mohave County
Commission # 636791
My Comm. Expires July 22, 2026