Elizabeth J. Howard
2469 Fox Ave.
No. 2
Kingman, Arizona USA
(98071)

FILED ___ LODGED
___ RECEIVED ___ COPY

FEB 2 7 2023

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ DEPUTY

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ARIZONA

CV-23-8034-PHX-SMB (JZB)

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. CR-21-08033-001-PCT-SMB |
| Plaintiff, | CR-21-08034-001-SMB–JZB |
| v. | **Notice of Special, Private, Priority Filing of Memorandum of Record in the Matter of property "Todd Gehman Howard"** |
| Todd Gehman Howard, | |
| Defendant/property | |
| By: Elizabeth J. Howard, Living | **NOTICE OF JUDICIAL INTERPLEADER** |
| Defendant/Property owner | |
| Movant. | |

TO: Chief Judicial Officer and Court Clerk. Please take mandatory Judicial Notice of Interpleader.

Movant requests as the true owner of my biological property "Todd Gehman Howard", the court open a case of disputed ownership claim of title regarding the seized property by the UNITED STATES OF AMERICA.

Please read my Affidavit, Exhibit 1, for the facts regarding my claim.

The aggrieved is informed and believes a conspiracy by government court agents, the FBI, and Bureau of Prisons to deprive me of my property for the purpose of terror, pain, suffering and unjust enrichment of the undersigned

Dated this 21 day of February, 2023.

By: *Elizabeth J. Howard*

Elizabeth J. Howard, owner in fact.

10

Return to:

Elizabeth J. Howard
℅ 2469 Fox Ave. No. 2
Kingman, Arizona USA  86409

FEE# 2023007647

OFFICIAL RECORDS
OF MOHAVE COUNTY
KRISTI BLAIR,
COUNTY RECORDER

02/21/2023 02:00 PM Fee: $30.00

PAGE: 1 of 10

Exhibit 1

## CIVIL DISTRESS WARRANT

Refence To Judicial
Interpluade
Notice

## NOTICE AND DEMAND OF PROPERTY RETURN FROM USA –
Case No. CR-21-08034-001-SMB–JZB          CR-21-08033-PCT-SMB

Grantor: Elizabeth J: family Howard

Grantees: Public, USA , UNITED STATES DISTRICT COURT DISTRICT OF ARIZONA,
FEDERAL BUREAU OF PRISONS –MEMBERS OF BAR ASSOCIATIONS
UNITED STATES NATIONAL GUARD AND MILITARY.

### Affidavit by Elizabeth J. Howard

Please take Notice a matter must be expressed to be resolved. In Law Truth is Sovereign. Truth is expressed in the form of an Affidavit. An unrebutted Affidavit stands as Truth in Law. An unrebutted Affidavit becomes the judgment in the matter. Whereas the Public Record is the highest form of evidence, the following declaration, affirmed under Oath, as this verified and non-negotiable Affidavit of Truth and Fact shall constitute Public Record when served upon the undersigned Notary Public as a Ministerial Officer of the State. Rebuttal is hereby demanded.

NOTICE TO THE AGENT IS NOTICE TO THE PRINCIPALS

NOTICE TO THE PRINCIPALS IS NOTICE TO THE AGENT

The Notary Public signed below, a Ministerial Officer of the STATE OF ARIZONA, itself a subdivision and an agent of the corporate UNITED STATES, will serve as a liaison and my Witness and repository of this Affidavit as lawful Public Notice to all principals and agents, laterally and hierarchically in a chain of command, of all civil-law governments of this state, of the UNITED STATES, USA, et al, of the UNITED NATIONS, of all Vatican-based agencies, and of all Crown-based agencies worldwide that may interact in any manner with me.

Further, any officer, agent or actor of government to whom this Affidavit is served upon will act as the repository of this Material Evidence in the instant legal action being perpetrated upon me, a Private, Flesh and Blood Man, Secured Party, and Internationally Protected Natural Person. Be forewarned of the penalties for Evidence Tampering pursuant to 18 USC § 2071(b). Your receipt of this Material Evidence will be verified by me or witnesses by sworn Affidavit.

Therefore, Elizabeth J. Howard, Affiant, has not waived and will not waive subject matter or persona jurisdiction and I challenge any and all presumptions of any kind made about me, regardless of statements or actions that were, are, or may be made by me while under threat, duress or by coercion, trickery and deceit through any procedures or processes of alleged "law" that are unknown to me that may be used against me. No other party is authorized to make legal determinations for or about me in any manner whatsoever and I specifically refuse consent to judgment in any matter without full and complete Due Process as defined herein.

This Affidavit replaces and supersedes any and all other contracts, agreements, and understandings, i.e. all oral, written, express, implied, revealed, and un-revealed contracts, licenses, agreements, and presumptions thereof and nullifies all presumption of, and possibility for, diminishing the eternal and inviolable supremacy of the Natural Laws of The Most High God, the Universal Sovereign and original Author of Peace and the authority thereof which has been conferred upon Elizabeth J. Howard as an Emissary of Peace thereof. This Affidavit is inviolate and must not be abrogated in any manner any more than the eternal and immutable laws of existence can be invalidated by man.

<u>Biological property Claim</u>

The undersigned Affiant having properly identified Herself to be a native born American, jus soli, bearing true faith and allegiance thereto, a sovereign elector , inhabiting Arizona, enjoying the "right of soil" and the "right of property", "right of preemption" , "right of exemption" and all other Rights Unalienable, as publicly published and thus declared nunc pro tunc and by virtue of the appertaining thereto, to wit:

I specifically deny that I have granted , donated, given any legal title to any purported, implied resulting, charitable or other trust administered by the UNITED STATES, THE UNITED STATES OF AMERICA, USA, OR STATE OF WASHINGTON. I further specifically deny I ever

had or have any intent to create a cestui que trust, whereby Elizabeth surnamed Howard is settlor, donar or grantor of any res to which a trust wherein ELIZABETH J HOWARD is a beneficiary having a territorial relationship with UNITED STATES, USA, UNITED STATES OF AMERICA OR STATE OF WASHINGTON.

    I specifically deny that I ever had or now have intent to pledge, gift, assign, act as settler, donor or grantor of any res which would attach to my son, Todd Gehman Howard, my biological property gifted to me by the Creator, as subject to condition precedent, thereby Elizabeth surnamed Howard is free born upon the soil of Illinois country.

    I specifically deny that there is any law, presumption or national emergency that can compel me to accept or assign liabilities imposed by the compelled use of a legal personality.

<u>Substitution of Private Law and deception through the national emergency</u>

1. Affiant is with this conviction that the receipt holding value in the STATE identifier : TODD GEHMAN HOWARD is the creation of the STATE OF WASHINGTON, hereinafter "STATE" or some undisclosed agency of the STATE and this Affiant has seen no evidence to the contrary and this Affiant is with this conviction no such Evidence Exists.
2. Affiant is with this conviction that TODD GEHMAN HOWARD is a receipt holding his Value in Labor and this Affiant has seen no evidence to the contrary and this Affiant is with this conviction no such Evidence Exists.
3. Affiant is with this conviction that this receipt identified by the Name TODD GEHMAN HOWARD (Certificate No. 146-1961-061395) is for the Creation of "Capitus Diminutio" for the destruction of the life force of This Man on the Soil, for the loss of Rights, and for the separation of this man from his Creator Almighty God and this Affiant has seen no evidence to the contrary and this Affiant is with this conviction no such Evidence Exists.
4. Affiant is with this conviction that Affiant has a superior Claim of Interest in this receipt identified as 146-1961-061395 by Value and Property right given and this Affiant has seen no evidence to the contrary and this Affiant is with this conviction no such Evidence Exists.
5. Affiant is with this conviction USA and United States FALSE ASSUMPTION THAT THIS RECEIPT STATE IDENTIFIER is a false assumption and this Court must vacate this fraudulent assumption as contrary to the material facts within this Affidavit and this Affiant has seen no evidence to the contrary and this Affiant is with this conviction no such Evidence Exists.
6. Affiant is with this conviction the above created receipt identifier is created for the fraudulent use of Esquires, co-trustees of the Public Trust and national Emergency, for the issuing of judgements in perjury for the involuntary peonage and servitude of this Affiant and her property Todd Gehman Howard and this Affiant has seen no evidence to the contrary and this Affiant is with this conviction no such Evidence Exists.

7. Affiant is with this conviction the above named co-trustees, agents of the STATE have an undisclosed parens patriae guardianship of this STATE creation of the receipt identifier and therefore an undisclosed security interest without giving value and therefore a fraudulent claim and this Affiant has seen no evidence to the contrary and this Affiant is with this conviction no such Evidence Exists.
8. Affiant is with this conviction that the undisclosed guardianship held by Esquires over the TODD GEHMAN HOWARD is for generating a surety in the matter of the Estate of TODD GEHMAN HOWARD and for false personation of TODD GEHMAN HOWARD to be issued in perjury for the Peonage of Affiants property and this Affiant has seen no evidence to the contrary and this Affiant is with this conviction no such Evidence Exists.
9. Affiant is with this conviction the Esquires of the BAR Association are therefore acting in Common Barratry and in deceit of the breach of the rules of the Professional Conduct for failure to disclose this deceptive guardianship for the created receipt identifier and this Affiant has seen no evidence to the contrary and this Affiant is with this conviction no such Evidence Exists.
10. Affiant is with this conviction that an Assumptive opinion that the created receipt Titled TODD GEHMAN HOWARD identifies Affiant's biological property is a Fraudulent Assumption and this Affiant has seen no Law supporting this Fraud and Affiant is with this conviction no such Law Exists.
11. Affiant is with this conviction the above receipt STATE identifier is for the deception by the identification of the man, Affiant's property and privation of the native laws for the substitution of Private law of the Creator of this receipt identifier TODD GEHMAN HOWARD and this Affiant has seen no evidence to the contrary and this Affiant is with this conviction no such Evidence Exists.

Affiant is with this conviction these issues of Material Fact 1.) through 11. ) in this Now Time are the only issues of Material Fact in any Case and by Law stand as Facts in these prize court cases until rebutted, controverted or refuted by Affidavit and this Affiant has seen no Law to the contrary and is with this Conviction no such Law exists.

### Verified Proof of Claim of Elizabeth J. Howard

Facts:

I am the mother of Todd Gehmen Howard by marriage to David Howard.

I, Elizabeth J. Howard on the land of Arizona state, am the claimant in this matter and do make the following claims;

1. As claimant, I am the sole, true, and bona fide and private owner of my private "Todd Gehman Howard" biological property by blood, and of the rights, title and interest to the biological property.
2. As claimant, I do not have any memory of previously surrendering any rights, title or interest to the ownership in said private property, by blood, nor standing as my sole heir.
3. As claimant, I claim all right, title and interest to my property seized by UNITED STATES agents thereof.
4. As claimant, I claim that I have the right to claim my seized property under the rights guaranteed by the original Constitution of the United States of America and the organic law generated by said founding document.
5. As claimant, I claim that I have not intentionally abandoned any protections provided by the original Constitution of the United States of America.
6. As claimant, I claim that I have no legal disability that causes me to abandon my proper standing in the National Emergency or administrative proceedings regarding my property, being a neutral, non combatant, peaceful American.
7. As claimant, I claim I have the right to defend and recover my property held by the United States District Court–The District of Arizona, Federal Bureau of Prisons or elsewhere.
8. As claimant, I claim that I have not received any notice of a pre or post seizure hearing in this matter.
9. As claimant, I claim that I have not received any notice of forfeiture in this matter.
10. As claimant, I claim that I have not received a hearing or due process of any criminal or civil action filed against my property "Todd Gehman Howard".
11. As claimant, I claim that my property was not used to further any criminal enterprise, in any jurisdiction whatsoever.
12. As claimant, I claim that my property was the product of my marriage with David Howard and not of any criminal act or criminal enterprise, in any jurisdiction whatsoever.
13. As claimant, I claim that my seized property was not used in violation of any of the revenue, drug, import or export laws of the United States.
14. As claimant, I claim that I do not owe any amounts to the United States government or any agency of said government that would be subject to any seizure authority of the Internal Revenue Service.
15. As claimant, I claim that I have no memory of any act that I might have committed that would change the status of my private property held by any court of the United States to any status other than private property.
16. As claimant, all rights are reserved. Any attempts to suborn waiver of God given rights and original rights of the Constitutions of the United States and Arizona State are admissions of treason against God and the Constitutions.

**United States Military this shall be your sufficient Civil Distress Warrant**