**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF ARIZONA**

Todd Gehman Howard,

Petitioner,

v.

United States of America,

Respondent.

No. CV-23-08034-PCT-SMB (JZB)

**ORDER**

Non-party Elizabeth J. Howard has filed two pleadings with the Court. (Civil Distress Warrant at Doc. 7 and Notice of Special, Private, Priority Filing of Memorandum of Record in the Matter of property "Todd Gehman Howard" at Doc. 8) Elizabeth Howard is not a party to the case and has no right to seek relief in this case. Therefore,

**IT IS ORDERED** striking the two pleadings at Doc. 7 and Doc. 8.

Dated this 1st day of March, 2023.

Honorable Susan M. Brnovich
United States District Judge